UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - FLINT

**IN RE:**
**GREAT LAKES SOFTWARE OF MICHIGAN**　　　　　**Case No.: 09-34701**
**Chapter 7**
**Hon. DANIEL S. OPPERMAN**

　　　　　　　　　　　　　　　　　　　　　Debtor(s).
_____/

## NOTICE OF UNCLAIMED DIVIDENDS

**TO THE CLERK OF THE COURT:**

　　　The attached check in the amount of $3.30 represents the total sum of unclaimed dividends in this estate, and is paid to the Bankruptcy Court. The name and address of the parties entitled to these unclaimed dividends are as follows:

| Claim No.: | Creditor Name/Address | Amount |
|---|---|---|
| 1 | United Parcel Service<br>#xxxE933<br>c/o RMS Bankruptcy Recovery Services<br>PO Box 4396<br>Timonium, Maryland 21094 | $0.92 |
| 2 | Marion Howell Oceola Genoa Utilities<br>#xxx1951<br>2911 Dorr Rd.<br>Brighton, MI 48116 | $2.38 |
| | **TOTAL** | $ 3.30 |

Dated: 3/9/11　　　　　　　　　　　　　　　　　./s/ Collene K. Corcoran, Trustee
　　　　　　　　　　　　　　　　　　　　　　　Collene K. Corcoran, Trustee
　　　　　　　　　　　　　　　　　　　　　　　PO Box 535
　　　　　　　　　　　　　　　　　　　　　　　Oxford, MI 48371
　　　　　　　　　　　　　　　　　　　　　　　(248) 969-9300
　　　　　　　　　　　　　　　　　　　　　　　ccorcoran@epiqtrustee.com